1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )      CASE NO. 10-389 EJG
                                )
12              Plaintiff,      )
                                )
13     v.                       )      STIPULATION AND
                                )      ORDER TO EXCLUDE TIME
14 MAXIMIANO ALMANZAR           )
                                )
15                              )
                Defendant.      )
16 _____)

17

18     The parties request that the status conference in this case
19 be continued from November 19, 2010 to January 7, 2011 at 10:00
20 a.m.  They stipulate that the time between November 19, 2010 and
21 January 7, 2011 should be excluded from the calculation of time
22 under the Speedy Trial Act.  The parties stipulate that the ends
23 of justice are served by the Court excluding such time, so that
24 counsel for the defendant may have reasonable time necessary for
25 effective preparation, taking into account the exercise of due
26 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, defense
27 counsel needs additional time to review the discovery provided by
28 the government, perform investigation and consult with the

defendant about the contents of the discovery.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 17, 2010     By:  /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant U.S. Attorney


DATE: November 17, 2010          /s/ Erin Radekin
                                 ERIN RADEKIN
                                 Attorney for Defendant

**SO ORDERED.**

DATE: November 17, 2010
                                 /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 Senior U.S. District Judge