**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MAXIMIANO GONZALEZ-ALMANZAR,<br><br>        Defendant. | Case No. 2:10-cr-00389 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, February 25, 2011 at 10:00 a.m. and to continue the status conference to April 15, 2011 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

The reason for this request is that the defense needs additional time for investigation and plea negotiations. The court is advised that Mr. Coppola concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 15, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

| Dated: February 24, 2011 | BENJAMIN WAGNER<br>United States Attorney |
|---|---|
| | By:   /s/ Heiko P. Coppola<br>HEIKO P. COPPOLA<br>Assistant United States Attorney |
| Dated: February 24, 2011 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>MAXIMIANO GONZALEZ-ALMANZAR |

## **ORDER**

    For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 25, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on April 15, 2011 at 10:00 a.m. in the courtroom of the Honorable Edward J. Garcia. The court finds excludable time in this matter through April 15, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

| Dated: February 24, 2011 | /s/ Edward J. Garcia<br>HON. EDWARD J. GARCIA<br>United States District Judge |
|---|---|