1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  MAXIMIANO GONZALEZ-ALMANZAR

6

               IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA,

11 |         Plaintiff,                    Case No. 2:10-cr-00389 EJG

12 | v.

13 |                                       **STIPULATION AND ORDER TO**
     MAXIMIANO GONZALEZ-ALMANZAR,         **CONTINUE STATUS CONFERENCE**
14
             Defendant.
15

16

17
                              **STIPULATION**
18
       Plaintiff, United States of America, by and through its counsel, Assistant United States
19
   Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his
20
   counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-
21
   captioned matter, April 15, 2011 at 10:00 a.m. and to continue the status conference to June 24, 2011
22
   at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.
23
       The reason for this request is that the defense needs additional time for defense preparation
24
   and plea negotiations.  The court is advised that Mr. Coppola concurs with this request and has
25
   authorized Ms. Radekin to sign this stipulation on his behalf.
26
       The parties further agree and stipulate that the time period from the filing of this stipulation
27
   until June 24, 2011 should be excluded in computing time for commencement of trial under the
28
   Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

   Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: April 13, 2011					BENJAMIN WAGNER
							United States Attorney

						By:	/s/ Heiko P. Coppola
							HEIKO P. COPPOLA
							Assistant United States Attorney


Dated: April 13, 2011					/s/ Erin J. Radekin
							ERIN J. RADEKIN
							Attorney for Defendant
							MAXIMIANO GONZALEZ-ALMANZAR


## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of April 15, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on June 24, 2011 at 10:00 a.m. in the courtroom of the Honorable Edward J. Garcia. The court finds excludable time in this matter through June 24, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   April 14, 2011					/s/ Edward J. Garcia
							HON. EDWARD J. GARCIA
							United States District Judge