1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  MAXIMIANO GONZALEZ-ALMANZAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMIANO GONZALEZ-ALMANZAR,<br><br>    Defendant. | Case No. 2:10-cr-00389 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, June 24, 2011 at 10:00 a.m. and to continue the status conference to July 22, 2011 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

It is contemplated that this matter will resolve, however, the parties need additional time for plea negotiations and to finalize the terms of the plea agreement.  In addition, Ms. Radekin needs additional time to meet with her client in Butte County to discuss resolution of this case and the terms of the proposed plea agreement.  The court is advised that Mr. Coppola concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 22, 2011 should be excluded in computing time for commencement of trial under the

1  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
2  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
4  outweigh the best interests of the public and the defendant in a speedy trial.

5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6  IT IS SO STIPULATED.

7  Dated: June 14, 2011                              BENJAMIN WAGNER
                                          United States Attorney

                                    By:      /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
                                          Assistant United States Attorney

Dated: June 14, 2011                              /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
                                          Attorney for Defendant
                                          MAXIMIANO GONZALEZ-ALMANZAR

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of June 24, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on July 22, 2011 at 10:00 a.m. in the courtroom of the Honorable Edward J. Garcia.  The court finds excludable time in this matter through July 22, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   June 15, 2011                           /s/ Edward J. Garcia
                                          HON. EDWARD J. GARCIA
                                          United States District Judge