**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMIANO GONZALEZ-ALMANZAR,<br><br>Defendant. | Case No. 2:10-cr-00389 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, August 26, 2011 at 10:00 a.m. and to continue the status conference to September 8, 2011 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

On August 17, 2011, Mr. Coppola provided Ms. Radekin with a written plea agreement; however, Ms. Radekin needs more time to visit Mr. Gonzalez-Almanzar to go over the plea agreement with him.  Mr. Gonzalez-Almanzar is currently housed at the Butte County Jail in Oroville, California.  In order to visit Mr. Gonzalez-Almanzar, it is necessary that Ms. Radekin co-ordinate a date and time that both she and a Spanish interpreter can travel to Oroville.  Such visit requires that Ms. Radekin have a half-day free in her calendar and that she find a Spanish interpreter who can travel to the Butte County Jail and remain during that same half-day period.  Due to the

1  logistical problems involved in visiting Mr. Gonzalez-Almanzar, Ms. Radekin has not been able to
2  visit Mr. Gonzalez-Almanzar to go over the plea agreement with him, nor was she able to arrange
3  such a visit prior to the August 26, 2011 court date.  Ms. Radekin has discussed this matter with Mr.
4  Coppola, and he has no objection to a continuance for this purpose.  Further, he has authorized Ms.
5  Radekin to sign this stipulation on his behalf.

6        The parties further agree and stipulate that the time period from the filing of this stipulation
7  until September 9, 2011 should be excluded in computing time for commencement of trial under the
8  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
9  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
10 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
11 outweigh the best interests of the public and the defendant in a speedy trial.

12       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
13 IT IS SO STIPULATED.

14 Dated: August 24, 2011                                       BENJAMIN WAGNER
                                                               United States Attorney
15
                                                               By:       /s/ Heiko P. Coppola
16                                                                  HEIKO P. COPPOLA
                                                                    Assistant United States Attorney
17

18 Dated: August 24, 2011                                            /s/ Erin J. Radekin
                                                                    ERIN J. RADEKIN
19                                                                  Attorney for Defendant
                                                                    MAXIMIANO GONZALEZ-ALMANZAR
20

21
                                              **ORDER**
22
        For the reasons set forth in the accompanying stipulation and declaration of counsel, the
23
   status conference of August 26, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is
24
   set for status conference on September 9. 2011 at 10:00 a.m. in the courtroom of the Honorable
25
   Edward J. Garcia.  The court finds excludable time in this matter through September 9, 2011 under
26
   18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow
27
   reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties,
28
   the Court finds that the interest of justice served by granting the request outweigh the best interests

1 | of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

2 | IT IS SO ORDERED.

3 | Dated:   August 24, 2011                                  /s/ Edward J. Garcia
                                                                          U. S. DISTRICT COURT JUDGE