**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMIANO GONZALEZ-ALMANZAR,<br><br>    Defendant. | Case No. 2:10-cr-00389 EJG<br><br>**STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, November 18, 2011 at 10:00 a.m. and to continue the status conference to January 13, 2012 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

Clemente Jimenez. who was appointed to provide a second opinion, has reviewed the case and met with Mr. Gonzalez-Almanzar regarding the advisability of accepting the current plea agreement.  This continuance is requested to permit Ms. Radekin to meet with Mr. Gonzalez-Almanzar to discuss the advisability of proceeding to trial as well as his defense at trial.  Ms. Radekin has discussed this matter with Mr. Coppola, and he has no objection to a continuance for this purpose.  Further, he has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

1  until January 13, 2012 should be excluded in computing time for commencement of trial under the
2  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
3  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
4  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
5  outweigh the best interests of the public and the defendant in a speedy trial.

6  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7  IT IS SO STIPULATED.

8  Dated: November 16, 2011                                BENJAMIN WAGNER
                                                           United States Attorney
9
                                                       By:       /s/ Heiko P. Coppola
10                                                         HEIKO P. COPPOLA
                                                           Assistant United States Attorney
11

12 Dated: November 16, 2011                                    /s/ Erin J. Radekin
                                                           ERIN J. RADEKIN
13                                                         Attorney for Defendant
                                                           MAXIMIANO GONZALEZ-ALMANZAR
14

15
                                            **ORDER**
16
   For the reasons set forth in the accompanying stipulation and declaration of counsel, the
17
   status conference of November 18, 2011 at 10:00 a.m. is VACATED and the above-captioned matter
18
   is set for status conference on January 13, 2012 at 10:00 a.m. in the courtroom of the Honorable
19
   Edward J. Garcia.  The court finds excludable time in this matter through January 13, 2012 under 18
20
   U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow
21
   reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties,
22
   the Court finds that the interest of justice served by granting the request outweigh the best interests
23
   of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).
24
   IT IS SO ORDERED.
25
   Dated:  11/16/11                                        /s/ Edward J. Garcia
26                                                         HON. EDWARD J. GARCIA
                                                           United States District Judge
27

28