| | |
|---|---|
| 1 | **ERIN J. RADEKIN** |
|   | **Attorney at Law  - SBN 214964** |
| 2 | 428 J Street, Suite 350 |
|   | Sacramento, California 95814 |
| 3 | Telephone: (916) 446-3331 |
|   | Facsimile: (916) 447-2988 |
| 4 | |
|   | Attorney for Defendant |
| 5 | MAXIMIANO GONZALEZ-ALMANZAR |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00389 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND  ORDER TO** |
| MAXIMIANO GONZALEZ-ALMANZAR, | **CONTINUE STATUS CONFERENCE** |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, January 13, 2012 at 10:00 a.m. and to continue the status conference to February 17, 2012 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

The reason for this request is that Ms. Radekin needs additional time to meet with Mr. Gonzalez-Almanzar to discuss the advisability of proceeding to trial and his defense at trial.  Ms. Radekin has been unable to do this, however, as she suffered a fracture of her foot on November 29, 2011, which required surgery on December 9, 2011.  During most of the month of December Ms. Radekin was off of work due to this injury and recovery from surgery.  Ms. Radekin is unable to bear weight on the injured foot and will remain on crutches until January 17, 2012.  She will be unable to drive to Oroville, California to meet with Mr. Gonzalez-Almanzar or appear in court until after

January 17, 2012. Thus, she seeks this continuance to allow her time to complete these tasks after she regains mobility on January 17th. Ms. Radekin has discussed this matter with Mr. Coppola, and he has no objection to a continuance for this purpose. Further, he has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 17, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 9, 2012                    BENJAMIN WAGNER
                                          United States Attorney

                                          By:      /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
                                          Assistant United States Attorney

Dated: January 9, 2012                         /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
                                          Attorney for Defendant
                                          MAXIMIANO GONZALEZ-ALMANZAR

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of January 13, 2012 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on February 17, 2012 at 10:00 a.m. in the courtroom of the Honorable Edward J. Garcia. The court finds excludable time in this matter through January 13, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, ////////////////////////

1  the Court finds that the interest of justice served by granting the request outweigh the best interests
2  of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).
3  IT IS SO ORDERED.
4  Dated:    January 11, 2012                              /s/ Edward J. Garcia
                                                          HON. EDWARD J. GARCIA
5                                                         United States District Judge