**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
MAXIMIANO GONZALEZ-ALMANZAR

**FILED**

SEP 1 4 2011 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAXIMIANO GONZALEZ-ALMANZAR, <br><br> Defendant. | **Case No. 2:10-cr-00389 EJG** <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY THE SCHEDULE OF DISCLOSURE** <br><br> c/ LEOD |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael D. McCoy, and defendant Maximiano Gonzalez-Almanzar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing in the above-captioned matter, September 21, 2012 at 10:00 a.m., and to continue judgment and sentencing to November 9, 2012 at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Informal objections to the pre-sentence report | October 12, 2012 |
| Final pre-sentence report | October 19, 2012 |
| Motion for correction of the pre-sentence report | October 26, 2012 |
| Government's reply, or statement of non-opposition | November 2, 2012 |

The reason for this request is that Ms. Radekin needs additional time to obtain documents

1    relevant to mitigation for use at sentencing; to meet with Mr. Gonzalez-Almanzar to discuss

2    sentencing matters and the pre-sentence report; and to complete preparation for sentencing.  The

3    court is advised that Ms. Radekin has discussed this matter with Mr. McCoy and he has no objection

4    to this request and has authorized Ms. Radekin to sign this stipulation on his behalf.  The court is

5    further advised that Ms. Radekin has discussed this matter with Julie Besabe, United States

6    Probation Officer handling preparation of the pre-sentence report, and she also has no objection to

7    this request..

8            Accordingly, the parties respectfully request the court adopt this proposed stipulation.

9    IT IS SO STIPULATED.

10   Dated: September 14, 2012                      BENJAMIN WAGNER
                                                    United States Attorney
11
                                              By:_____/s/ Michael D. McCoy_____
12                                                  MICHAEL D. McCOY
                                                    Assistant United States Attorney
13

14   Dated: September 14, 2012              _____/s/ Erin J. Radekin_____
                                                    ERIN J. RADEKIN
15                                                  Attorney for Defendant
                                                    MAXIMIANO GONZALEZ-ALMANZAR
16

17                                          **ORDER**

18           IT IS HEREBY ORDERED that the date set for judgment and sentencing, September 21,

19   2012 at 10 a.m., be VACATED and that judgment and sentencing be continued to November 9, 2012

20   at 10:00 a.m. in the courtroom of the Honorable Edward J. Garcia.

21           IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

22           Informal objections to the pre-sentence report           October 12, 2012

23           Final pre-sentence report                                 October 19, 2012

24           Motion for correction of the pre-sentence report          October 26, 2012

25           Government's reply, or statement of non-opposition         November 2, 2012

26   IT IS SO ORDERED.

27   Dated:   _9/14/12_

28                                                  HON. EDWARD J. GARCIA
                                                    United States District Judge