UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No.  Cr. S-10-0389 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MAXIMIANO ALMANZAR GONZALEZ, | |
| Defendant. | |

----oo0oo----

    Defendant has filed a Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c).  Section 3582(c) permits the court to modify a term of imprisonment only under certain specified conditions, either where the Director of the Bureau of Prisons moves to reduce the sentence or where the defendant was sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission.  Neither of those conditions appears to be present here.

    The form used by defendant for his motion is one provided by the United States District Court for the Northern

1

District of Texas, and appears to be designed for use in cases where the conviction involved crack cocaine.  It is clear from defendant's motion itself, as well as from the file in this case, however, that defendant was convicted and sentenced only for manufacture of marijuana in violation of 21 U.S.C. § 841(a)(1). The changes to the Sentencing Guidelines relating to crack cocaine are therefore inapplicable to this case.

        IT IS THEREFORE ORDERED that defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c) (Docket No. 46) be, and the same hereby is, DENIED.

Dated:  December 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2